MRS. JANIE M. WILLIAMS V. HONORABLE WALTER L. WRAY,
DISTRICT JUDGE, ET AL.

No. 6786.   Decided November 21, 1934.
(76 S. W., 2d Series, 1039.)

*Wear & Wear,* of Hillsboro, for relator.

*Clarke & Clarke,* of Hillsboro, for respondents.

MR. CHIEF JUSTICE CURETON delivered the opinion of the
court.

On the 26th of April, 1934, the relator, Mrs. Janie M.
Williams, filed suit in the District Court of Hill County on
certain notes and for foreclosure of a vendor's lien against S.
R., and A. G. Raby.  The Rabys answered, and moved for a stay
or continuance of the action under the terms of Chapter 16,
Acts of the 2d Called Session, Acts of the 43d Legislature
(1934), known as the "Moratorium Act."  The court heard the
motion, and upon evidence as provided in that Act stayed the
action until January 1, 1935.

The relator, plaintiff in the District Court, has applied to
this Court for writ of mandamus requiring the Honorable
Walter L. Wray to proceed with the trial of the case, notwith-
standing the existence of the Moratorium Act above referred
to.

In the case of the Travelers' Insurance Co. v. Schuyler B.
Marshall, this day decided, ante, p. 45, we have decided that the
Moratorium Act, under which Judge Wray granted the stay,
was void.  Since the Act was void, it follows that Judge Wray
was without jurisdiction to grant the stay order entered by
him, and that order, too, is void.

Mandamus for Judge Wray to proceed to trial as prayed for
is therefore awarded.